JESSICA M. LEANO (SBN 323677)
leano.jessica@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

ADAM BUCK (*Pro Hac Vice*)
buck.adam@dorsey.com
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360

KIRK W. SCHULER (*Pro Hac Vice*)
schuler.kirk@dorsey.com
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309-2790
Telephone: (515) 283-1000

ANNA BOYLE (*Pro Hac Vice*)
boyle.anna@dorsey.com
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant SEGWAY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PAUL HANSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEGWAY, INC.,<br><br>　　　　Defendant. | CASE NO: 2:25-CV-03305-ODW (MARx)<br><br>**DECLARATION OF WEI ZHAO IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND VENUE**<br><br>[*Filed Concurrently Herewith: Notice of Motion & Motion; Memorandum of Points and Authorities; Declaration of Adam Buck; and [Proposed] Order*]<br><br>**HEARING**<br>Date: August 4, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5D |

I, Wei Zhao, declare as follows:

1. I make this declaration based on personal knowledge and my familiarity with Segway, Inc.'s ("Segway") business.

2. I am General Counsel at Segway. I began employment with Segway in 2019, and I have worked for Segway from 2019 to the present.

3. As part of my employment, I am aware of Segway's state of incorporation as well as its place(s) of business.

4. Segway is a Delaware corporation. As of February 2025, its principal place of business is in Texas, as evidenced in the Statement of Information filed on January 27, 2025, with the California Secretary of State and attached hereto as Exhibit A.

5. Although Segway sells and markets its products, including G30P and G30LP KickScooters, in the United States – including in California – any marketing or sales in California are consistent with Segway's nationwide marketing strategy. Moreover, Segway does not operate any retail brick-and-mortar stores in California or anywhere in the United States.

6. Segway does have an office at 405 E Santa Clara St., Arcadia, CA 91006. The employees that work at this office are limited, however, and include members of the marketing team, one IT staff member, a few logistics staff members, two legal staff members (including myself), and two other non-executive team members.

7. Comparatively, most of Segway's executives, including its President, work from the Texas office. This includes most business heads, including the head of human resources, head of finance, head of IT, head of logistics, and head of emerging business/business development. Additionally, Segway's customer service team works from Segway's Texas office. In other words, most of the key business decisions of the Company (i.e., the direction, control, and coordination of the company's activities) originate from the Dallas, Texas office.

8. Plaintiff does not allege, and I have no reason to believe, that the scooter at issue in this case was sold or purchased in California.

9. In addition, Plaintiff does not allege, and I have no reason to believe, that Plaintiff's alleged losses as complained about in his Complaint occurred in California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, recollection, and belief.

DATED: July 3, 2025                    By: 
                                            Wei Zhao

# EXHIBIT A



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20250188502 |
| Date Filed: 1/27/2025 |

| Entity Details | |
|---|---|
| Corporation Name | SEGWAY INC. OF DELAWARE |
| Entity No. | 3707825 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 6600 CHASE OAKS BLVD SUITE 150 PLANO, TX 75023 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 6600 CHASE OAKS BLVD SUITE 150 PLANO, TX 75023 |
| Attention | Legal |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 405 E SANTA CLARA ST ARCADIA, CA 91006 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Vacancy Vacancy | 405 E SANTA CLARA ST ARCADIA, CA 91006 | Chief Financial Officer |
| Wei (Wayde) Zhao | 6600 CHASE OAKS BLVD SUITE 150 PLANO, TX 75023 | Chief Executive Officer |
| Vacancy Vacancy | 6600 CHASE OAKS BLVD SUITE 150 PLANO, TX 75023 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Wei (Wayde) Zhao | 405 E SANTA CLARA ST. ARCADIA, CA 91006 | Other | President |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | ANY LAWFUL PURPOSE |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Yueqi Wang* | *01/27/2025* |
| Signature | Date |

B3391-7018 01/27/2025 5:44 PM Received by California Secretary of State